NATIONAL BANK AND TRUST COMPANY v. JAMES J. DELMONT AND OTHERS.
DARROLD K. VAN SLYKE AND ANOTHER, APPELLANTS.

230 N. W. 2d 600.

June 6, 1975—Nos. 45301, 45313.

*Alfred R. Sundberg,* for appellants.
*Lindquist & Vennum* and *Kurtis A. Greenley,* for respondent.

Heard before Todd, MacLaughlin, and Yetka, JJ., and considered and decided by the court en banc.

PER CURIAM.

Plaintiff brought an action in Ramsey County District Court seeking to recover on a past-due promissory note. The trial court found defendants liable and judgment was entered accordingly. Two defendants appeal from the judgment and from an order denying a new trial.

Further recitation of the facts as found by the trial court would serve no useful purpose as we have reviewed the record, briefs, and arguments presented herein and find no merit to the contentions raised by appellants.

Affirmed.